**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7086**

TYRELL HILL,

        Plaintiff - Appellant,

      v.

STEPHEN T. MOYER, Interim Secretary; RICHARD GRAHAM, Warden; RICHARD RODERICK, Case Manager; BENJAMIN BRADLEY, Case Manager,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:17-cv-01994-PWG)

Submitted: February 26, 2019                  Decided: March 1, 2019

Before KING, THACKER, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrell Hill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrell Hill appeals the district court's order granting Defendants summary judgment on his claims alleging Defendants erroneously failed to correct misinformation in his prison file. We have considered Hill's arguments in conjunction with the record and find no reversible error. Accordingly, we affirm the district court's order. *See Hill v Moyer*, No. 8:17-cv-01994-PWG (D. Md. July 27, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*